```
                IN THE UNITED STATES BANKRUPTCY COURT
                      NORTHERN DISTRICT OF OHIO
                          EASTERN DIVISION

IN RE:                              *    CASE NO. 10-64572
Terry Rene Murphy                        CHAPTER 13 PROCEEDINGS
Devonna Denise Murphy               *
                                         JUDGE RUSS KENDIG
            Debtor(s)               *
                                         NOTICE
******************************************************************
```

The above named debtor(s) have filed papers with the court Objecting to claim 1-1 filed by Credit Acceptance Corp.

NOTICE

THE RELIEF PRAYED FOR IN THIS MOTION WILL BE GRANTED Thirty ONE(31)DAYS AFTER ITS DATE OF MAILING UNLESS A WRITTEN OBJECTION THERETO IS FILED WITH THE COURT AND SERVED UPON DEBTOR('S)(S') ATTORNEY AND THE TRUSTEE.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.

If you do not want the court to approve the motion, or if you want the court to consider your views on the motion, then on or before **February 28, 2011** you or your attorney must:

File with the court a written request for a hearing or, if the court requires a written response, an answer, explaining your position at:

```
                    RALPH REGULA US COURTHOUSE
                       401 MCKINLEY AVE SW
                       CANTON, OHIO 44702
```

If you mail your (request) (response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

```
                  1. ATTORNEY DOUGLAS L. THRUSH
                    13 PARK AVE. WEST STE. 314
                      MANSFIELD, OHIO 44902

                  2. TRUSTEE: TOBY L. ROSEN
                       400 W. TUSCARAWAS ST.
```

1

CANTON, OHIO 44702


        3. UNITED STATES TRUSTEE
     200 PUBLIC SQUARE, STE. 20-3300
         CLEVELAND, OHIO 44114

    If you or your attorney do not take these steps, the court may decide that you do not oppose the motion and may enter an order granting said motion.


Date: January 27, 2011                  /s/Douglas L. Thrush
                                         ATTORNEY DOUGLAS L. THRUSH
                                         Bar No. 0009941
                                         13 PARK AVE. WEST STE. 314
                                         MANSFIELD, OHIO 44902
                                         419-522-0004

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case No. 10-64572 |
| Terry Rene Murphy | * | CHAPTER 13 PROCEEDINGS |
| Devonna Denise Murphy | * | JUDGE RUSS KENDIG |
| | * | |
| | * | OBJECTION TO CLAIM |
| Debtor(s) | * | |

*******************************************************************

The debtor(s), through their counsel, hereby objects to claim no. 1-1 filed by Credit Acceptance Corp. This claim included an interest rate of 24.49%, which the debtors believe is excessive and should not be allowed.

WHEREFORE, the debtor(s) pray that claim no. 1-1 filed by Credit Acceptance Corp. shall be allowed with an interest rate of 5.25% and not the 24.49% as listed in their proof of claim.

/s/Douglas L. Thrush
Douglas L. Thrush   0009941
13 Park Ave. W., Ste. 314
Mansfield, OH  44902
419-522-0004

3

## CERTIFICATE OF SERVICE

I, **Douglas L. Thrush**, hereby certify that the foregoing Objection was sent by regular US Mail, postage prepaid, this 27th day of January, 2011 to the following individuals:

Mr. & Mrs. Terry Murphy, 71 Lilac Court E, Mansfield, OH 44907.
Credit Acceptance Corp., 25505 W 12 Mile Rd, Ste. 3000, Southfield, MI 48034

I, Douglas L. Thrush, hereby certify that the foregoing Objection was electronically transmitted on or about January 27, 2011 to the following who are listed on the Court's Electronic Mail Notice List:

Toby L Rosen   -   lweir@chapter13canton.com

                                         /s/Douglas L. Thrush
                                         Douglas L. Thrush
                                         Attorney For Debtors